UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **EDCV 19-379-MWF(SHKx)**                     Dated:  **October 28, 2019**

Title:      James Rutherford -*v*- J C G Group Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

                Rita Sanchez                          Amy Diaz
                Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

                Not Present                           Michael S Geller
                                          (Telephonic appearance)

**PROCEEDINGS: SCHEDULING CONFERENCE**

     Case called and counsel make their appearance.  The Scheduling Conference held.  The Court sets dates.  Please see separate Order Re Jury Trial, also filed today.

     **IT IS SO ORDERED.**